Argued and submitted July 26, reversed and remanded August 31, 2011

STATE OF OREGON,
*Plaintiff-Appellant,*

*v.*

ROBIN L. McCALL,
*Defendant-Respondent.*

Linn County Circuit Court
09102043; A145742

260 P3d 835

Janet A. Klapstein, Senior Assistant Attorney General, argued the cause for appellant. With her on the brief were John R. Kroger, Attorney General, and Mary H. Williams, Solicitor General.

Stephen R. Ensor argued the cause for respondent. With him on the brief was Ringo Stuber Ensor & Hadlock.

Before Ortega, Presiding Judge, and Sercombe, Judge, and Edmonds, Senior Judge.

PER CURIAM

Reversed and remanded. *State v. Wimber*, 315 Or 103, 843 P2d 424 (1992).